IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C. Atlanta

OCT 20 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NUMBER |
| v. | : | 1:09-CR-520-JEC |
| | : | |
| MICHAEL J. BABB | : | |

GOVERNMENT'S MOTION FOR LEAVE TO FILE DISMISSAL

It appearing in the above-styled case, that by the authority of the defendant having pled guilty to Count One of Criminal Information Number 1:11-CR-340, filed on July 8, 2011, charging a violation of Title 18, United States Code, Section 4, the above-referenced indictment is dismissed as to Defendant Michael J. Babb, and Movant prays leave of Court to file the same.

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

By: RICHARD S. MOULTRIE, JR.
ASSISTANT UNITED STATES ATTORNEY
(404)581-6280
FAX: (404)581-6181
Georgia Bar No. 527275

Consented to by Defendant
[F.R.Crim.P. Rule 48a]

ORDER

Now, to-wit, on the _19_ day of October, 2011, upon motion of the United States Attorney, leave to file the above dismissal is granted on such terms as are contained in the Government's motion herein above.

JULIE E. CARNES
UNITED STATES DISTRICT JUDGE